Filed 12/6/21  P. v. Stegall CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).   This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>KEVIN PATRICK STEGALL,<br><br>    Defendant and Appellant. | 2d Crim. No. B312474<br>(Super. Ct. No. 2020030207)<br>(Ventura County) |

Kevin Patrick Stegall ("appellant") appeals following a guilty plea to carrying a concealed dirk or dagger (Pen. Code, § 21310) [1], and committing vandalism of over $ 400 (§ 594, subd. (b)(1)) after it was determined he scratched an "X" into the door of one vehicle and punctured the tire of another vehicle parked in a car dealership parking lot.  Appellant requested and obtained a certificate of probable cause.

On March 16, 2021, appellant was sentenced to 16 months, split between county jail and mandatory supervision.  Seven days

---

1 All further statutory references are to the Penal Code.

later, he was taken into custody for violating mandatory supervision. Appellant admitted the violation, and the court formally revoked and reinstated appellant's mandatory supervision with additional conditions.

We appointed counsel to represent appellant in this appeal. After counsel examined the record, she filed an opening brief that raises no arguable issues. On September 14, 2021, we attempted to notify appellant by mail that he had 30 days within which to personally submit any contentions or issues he wished us to consider. That notice was returned as undeliverable. We are unable to locate appellant because he has been transient since he was released from custody.

Although appellant did not submit a supplemental letter on appeal, his request for a certificate of probable cause challenged whether the evidence at the preliminary hearing established that the knife appellant carried was concealed.

We have reviewed the entire record and are satisfied that appellant's attorney fully complied with her responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436, 443.)

DISPOSITION

The judgment is affirmed.

NOT TO BE PUBLISHED.

YEGAN, J.

We concur:

GILBERT, P.J.        PERREN, J.

2

Patricia M. Murphy, Judge

Superior Court County of Ventura

_____

Suzan E. Hier, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Respondent.